IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 1 2008

CLERK, U.S. DISTRICT COURT
By _____
               Deputy

JANIE ROCHA,                            §
                                        §
        Plaintiff,                      §
                                        §
v.                                      §        2:04-CV-0324
                                        §
MICHAEL J. ASTRUE,                      §
Commissioner of Social Security,        §
                                        §
        Defendant.                      §

**ORDER ADOPTING REPORT AND RECOMMENDATION,
REVERSING THE DECISION OF THE COMMISSIONER,
and REMANDING FOR FURTHER ADMINISTRATIVE ACTION**

Came for consideration plaintiff's appeal of the decision of the Commissioner of Social

Security denying plaintiff disability benefits. The United States Magistrate Judge entered a

Report and Recommendation on March 6, 2008, recommending therein that the decision of the

Commissioner be reversed and the case remanded to the Commissioner for further administrative

action. On March 13, 2008, defendant gave notice that he does not object to the decision made

in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of

the record in this case. The Report and Recommendation of the United States Magistrate Judge

is hereby ADOPTED. Accordingly, the Commissioner's administrative decision finding

plaintiff not disabled is REVERSED, and the decision is REMANDED to the Commissioner for

further administrative proceedings consistent with the Report and Recommendation of the

Magistrate Judge, including but not limited to all action specified and recommended to be taken

on remand.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this 21st day of March 2008.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE